IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUISE GREER, in her individual capacity; and the ESTATE OF WILLIAM F. GREER, by and through its personal representative LOUISE GREER, Plaintiff, | CIVIL ACTION NO.: 2:08-cv-01267 |
| v. | |
| NEMACOLIN WOODLANDS, INC., a Pennsylvania Corporation, d/b/a, a/k/a NEMACOLIN WOODLANDS RESORT, d/b/a, a/k/a NEMACOLIN WOODLANDS, d/b/a, a/k/a NEMACOLIN WOODLANDS RESORT & SPA, and NWL, CO., a Pennsylvania Corporation, d/b/a, a/k/a NEMACOLIN WOODLANDS RESORT, d/b/a, a/k/a NEMACOLIN WOODLANDS, d/b/a, a/k/a NEMACOLIN WOODLANDS RESORT & SPA, Defendants. | |

## STIPULATION OF DISMISSAL/DISCONTINUANCE

Pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii) and the Order of Court dated March 16, 2009, the undersigned, by and on behalf of the parties hereto, hereby stipulate to the dismissal and discontinuance of this of this action and request approval by the Court that the matter be marked dismissed and discontinued with prejudiced.

Respectfully submitted,

CIPRIANI & WERNER, P.C.

By: /s/
GERARD J. CIPRIANI, ESQUIRE
JAMIE L. LENZI, ESQUIRE
Attorneys for the Defendants
Nemacolin Woodlands, Inc. and NWL, Co.

Date: 4/15/09

LEECH TISHMAN FUSCALDO & LAMPL, LLC

By: /s/
Andrew L. Blattenberger, Esquire
Attorneys for Plaintiff, Louise Greer

/s/
Honorable Gary L. Lancaster
U.S. District Court, Western District of PA